THIS OPINION HAS NO PRECEDENTIAL VALUE

THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(1), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Franklin Wayne Holliday,       
Appellant.
 
 
 

Appeal From York County
John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No. 2004-UP-641
Submitted December 1, 2004  Filed December 
 20, 2004   
 

APPEAL DISMISSED

 
 
 
Acting Chief Appellate Defender Joseph L. Savitz, III, of Columbia for Appellant.
Teresa A. Knox, Tommy Evans, Jr., J. Benjamin Aplin, South Carolina Department 
 of Probation, Parole and Pardon Services of Columbia, for Respondent.
 
 
 

PER CURIAM:  Franklin Wayne Holliday appeals 
 arguing the trial judge abused his discretion in revoking his probation.  Hollidays 
 counsel attached to the final brief a petition to be relieved as counsel, stating 
 he had reviewed the record and concluded this appeal lacks merit.  After a thorough 
 review of the record and counsels brief pursuant to Anders v. California, 
 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991), we dismiss [1] the appeal 
 and grant counsels petition to be relieved.
APPEAL DISMISSED.
HEARN, C.J. and GOOLSBY and WILLIAMS, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.